The People of the State of Illinois, appellee, v. Alcon Rosenzweig, appellant. Gen. No. 7,345.

Commitment for contempt. Appeal from the County Court of Bureau county; the Hon. J. R. Prichard, Judge, presiding. Heard in this court at the April term, 1924. Affirmed. Opinion filed July 24, 1924.

W. A. Panneck, for appellant. Carey R. Johnson, for appellee.

Mr. Justice Partlow delivered the opinion of the court.

---

Barbara Jacksa, administratrix of the estate of Martin Jacksa, deceased, defendant in error, v. James C. Davis, agent in charge of transportation operating the Chicago, Rock Island & Pacific Railway Company, plaintiff in error. Gen. No. 7,349.

Action for death by wrongful act. Judgment for plaintiff. Error to the Circuit Court of Will county; the Hon. Frank L. Hooper, Judge, presiding. Heard in this court at the April term, 1924. Reversed and remanded. Opinion filed July 24, 1924.

Snapp, Heise & Snapp, for plaintiff in error; Daniel Taylor, of counsel. Garnsey, Wood & Lennon, for defendant in error; John H. Garnsey and Daniel Harrington, of counsel.

Mr. Justice Partlow delivered the opinion of the court.

---

Leon D. Hofer, appellee, v. Chicago, Burlington & Quincy Railroad Company, appellant. Gen. No. 7,374.

Action for personal injuries. Judgment for plaintiff. Appeal from the Circuit Court of Peoria county; the Hon. Charles V. Miles, Judge, presiding. Heard in this court at the April term, 1924. Reversed and remanded. Opinion filed July 24, 1924. Rehearing denied October 8, 1924.

Jack, Irwin & Jack, for appellant. S. F. McGrath, Claude U. Stone and J. E. Daily, for appellee.

Mr. Justice Partlow delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. George Rademaker, plaintiff in error. Gen. No. 7,266.

Conviction of violation of Prohibition Act. Error to the County Court of Ogle county; the Hon. Frank E. Reed, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed July 26, 1924.

H. A. Brooks, for plaintiff in error. James L. McDowell, State's Attorney, for defendant in error.

Mr. Presiding Justice Jett delivered the opinion of the court.